IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0671

Case Number: DA 23-0671

STATE OF MONTANA

      Plaintiff and Appellee,

v.

KYLE ROY SILVEY,

      Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellant's motion for an extension of time, affidavit in support, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 20, 2025, within which to prepare, file, and serve his Opening Brief on appeal.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 13 2025